# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SANDSTROM, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-0433 |
| v. | : | (JUDGE MANNION) |
| WARDEN EBBERT, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The report of Judge Schwab, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**.

2. The §2241 petition for writ of habeas corpus, **(Doc. 1)**, filed by petitioner Steven Sandstrom, is **DISMISSED** for abuse of the writ and for lack of jurisdiction.

3. The petitioner's objections, **(Doc. 13)**, are **OVERRULED**.

4. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 29, 2019**
19-0433-01-ORDER.wpd